**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SEAN VALDES,

                Plaintiff,                21 **CIVIL** 0914 (VSB)(SN)

    -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 18, 2023, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          July 19, 2023

                                                **RUBY J. KRAJICK**

                                                       Clerk of Court

                          **BY:**

                                                       **Deputy Clerk**